**MATTHEW P. JORDAN, COUNTY COUNSEL**
Attorney ID No. 072772013
**OFFICE OF PASSAIC COUNTY COUNSEL**
Administration Building, Room 214
401 Grand Street
Paterson, New Jersey 07505
*Attorney for Defendant, Passaic County Clerk*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TROY OSWALD, DAVID RIOS, and MICHAEL MCDUFFIE<br><br>Plaintiffs,<br><br>v.<br><br>DANIELLE IRELAND-IMHOF, in her official capacity as PASSAIC COUNTY CLERK, PASSAIC COUNTY DEMOCRATIC COMMITTEE, MATTHEW J. PLATKIN, in his official capacity as ACTING ATTORNEY GENERAL OF NEW JERSEY, and JOHN DOES I-X (fictitious names), jointly, severally, and in the alternative,<br><br>Defendants. | DOCKET No. 2:22-cv-02195-MCA-LDW<br><br>**CONSENT ORDER** |

**THIS MATTER** having been brought before the Court by Plaintiffs, Troy Oswald, David Rios, and Michael McDuffie, by and through their attorneys King Moench, Hirniak & Collins, LLP, by way of a Verified Complaint and the Brief in Support of Plaintiff's Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should not be Entered; and

**WHEREAS**, the Plaintiffs and Defendants, Danielle Ireland-Imhof, in her capacity as Passaic County Clerk and Passaic County Democratic Committee, having agreed to a limited restraining order delaying the printing of the Primary Election ballots, to allow the Parties time to file responding and rebuttal arguments; and for good cause shown;

**IT IS ON THIS** __18th__ day of __April__, 2022,

**ORDERED** that the Defendant Danielle Ireland-Imhof is hereby temporarily restrained and enjoined from printing any and all Primary Election ballots involving the Republican Primary in Passaic County involving the office of the sheriff until April 21, 2022 at 4:00 PM; and

**IT IS FURTHER ORDERED** that Defendants shall, on or before April 18, 2022 at 4:00 PM, file a written response with the Clerk of the District Court; and

**IT IS FURTHER ORDERED** that Plaintiff shall, on or before April 19, 2022 at 4:00 PM, file any written response thereof; and

**IT IS FURTHER ORDERED** that the Parties shall and appear and show cause before the United States District Court for the District of New Jersey via zoom on April 21, 2022, at 2:00 p.m.

why a preliminary injunction, as requested in Petitioners' Verified Complaint should not be granted.

**IT IS FURTHER ORDERED** that a copy of the within Order shall be served upon all counsel of record upon by way of electronic mail upon receipt of same.

_____
MADELINE COX ARLEO, U.S.D.J.

**WE HEREBY CONSENT TO THE FORM AND ENTRY OF THIS ORDER:**


/s/Matthew P. Jordan
MATTHEW P. JORDAN, ESQ.
ATTORNEY FOR DEFEDNANT
PASSAIC COUNTY CLERK


/s/Michael A. Cerone
MICHAEL A. CERONE, ESQ.
ATTORNEY FOR DEFENDANT
PASSAIC COUNTY DEMOCRATIC COMMITTEE


/s/Matthew C. Moench
MATTHEW C. MOENCH, ESQ.
ATTORNEY FOR PLAINTIFFS